# Ademi & O'Reilly, LLP
### Attorneys at Law

Guri Ademi
Shpetim Ademi
Robert K. O'Reilly
John D. Blythin
Mark A. Eldridge
Denise L. Morris

3620 East Layton Avenue
Cudahy, Wisconsin 53110

Telephone: (414) 482-8000
Facsimile: (414) 482-8001

July 21, 2016

<u>*Via ECF*</u>

Hon. William E. Duffin
United States District Court
517 East Wisconsin Avenue
Milwaukee, WI 53202

   Re: *Blueford v. National Credit Adjusters, LLC*
      Case No. 16-cv-188-WED

Dear Judge Duffin:

  Please allow this letter to serve as an update on the status of the case. Plaintiff's counsel has continued to be in contact with Defendant's General Counsel Mark A. Fletchall and Defendant's Associate General Counsel Nicholas D. Moore. The parties have continued to engage in detailed negotiations regarding possible settlement. Mr. Fletchall has informed me that his office is currently preparing the informal discovery we requested. This information is necessary to further settlement negotiations. Plaintiff respectfully suggests that the Court set a date for the Defendant to answer or otherwise plead in 30 days. Mr. Fletchall informed Plaintiff's counsel that Defendant would not object.

  Plaintiff also respectfully requests that the Court schedule a status conference approximately 35 days from the date of this letter, provided there is not a responsive pleading filed with the Court by that date.

                Very truly yours,
                ADEMI & O'REILLY, LLP


                /s/ John D. Blythin
                John D. Blythin

Cc (by email): Mark A. Fletchall